UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ORDER FOR SELECTION )<br>OF 2013 GRAND JURORS )<br>FOR CHARLOTTE DIVISION ) | Misc. No. 3:12 mc 197 |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2013 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 15, 2013, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 15, 2013; February 19, 2013; March 19, 2013; April 16, 2013; May 21, 2013; June 18, 2013; July 16, 2013; August 20, 2013; September 17, 2013; October 15, 2013; November 19, 2013; and December 17, 2013; and any additional sessions or dates which may be required.

This the 6 day of December, 2012.

Robert J. Conrad, Jr.
Chief United States District Court Judge